

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00495-CV

Olga Lydia **VENEGAS**
Appellant/Cross-Appellee

v.

Ricardo **VENEGAS** and Maribel Veronica Ortiz
Appellees/Cross Appellants

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19142
Honorable Rosie Alvarado, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 15, 2025.

_____
H. Todd McCray, Justice